IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                 v.<br><br>VICTOR HERNANDEZ PENA et al.,<br><br>                 Defendant. | CASE NO.  1:21-CR-00090-NONE<br><br>ORDER TO UNSEAL INDICTMENT |

     Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted Indictment filed on April 1, 2021, and docket as to defendant Victor Hernandez Pena, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **April 19, 2021**

                                                    UNITED STATES MAGISTRATE JUDGE