NICHOLAS F. REYES # 102114
ATTORNEY AT LAW
1107 R STREET
FRESNO, CALIFORNIA 93721
Telephone:  559.486.4500
Fax:             559.486.4533
Email: nfreyeslaw@gmail.com
Cell:             559.259.4287

Attorney for Defendant
**VICTOR HERNANDEZ-PENA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:21-CR-00090-JLT-SKO** |
| ) | |
| Plaintiff, ) | **STIPULATED ORDER MODIFYING** |
| ) | **PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| ) | |
| VICTOR HERNANDEZ-PENA ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, VICTOR HERNANDEZ-PENA, by and through counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, STEPHANIE STOKMAN, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's exemplary compliance with all terms and conditions of Court ordered pretrial release, the parties are in agreement and request this Court approve the following additional pretrial release conditions.

1

IT IS HEREBY STIPULATED AS FOLLOWS:

## ADDITIONAL CONDITIONS OF RELEASE

*"Paragraph 7(m): You must participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO, you must pay all or part of the costs of the counseling services based upon your ability to pay as determined by the PSO."*

*Paragraph 7(c): "You must restrict our travel to Eastern District of California and the Northern District of California for employment purposes only, unless otherwise approved in advance by the pretrial services officer."*

All previously imposed conditions, not in conflict with this order, shall remain in full force and effect as found in the prior court order, Document 14, filed May 24, 2021, in the above referenced case.

Dated: June 3, 2022      /s/ Stephanie Stokman
                         STEPHANIE STOKMAN, AUSA

Dated: June 3, 2022      /s/ Nicholas F. Reyes
                         NICHOLAS F. REYES, ESQ.

IT IS SO ORDERED.

Dated: **June 3, 2022**      /s/ Barbara A. McAuliffe
                             UNITED STATES MAGISTRATE JUDGE

2