PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HERNANDEZ PENA, AND IGNACIO SATURNINO DIAZ MIGUEL,<br><br>Defendants. | CASE NO. 1:21-CR-00090-JLT<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 9, 2024<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on April 9, 2024.

2. By this stipulation, the parties now move to continue the trial until July 30, 2024, and to exclude time between April 9, 2024, and July 30, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, laboratory reports, wiretap data, and other related items. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Plea agreements have been extended by the government, and the parties are in

discussions about potential resolutions.

   c) Counsel for defendant desires additional time to consult with his/her client, to review the current charges, to conduct investigation related to the charges, to review and copy discovery, to discuss potential resolutions with his/her client, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 9, 2024 to July 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  March 4, 2024          PHILLIP A. TALBERT
                 United States Attorney

                 /s/ STEPHANIE M. STOKMAN
                 STEPHANIE M. STOKMAN
                 Assistant United States Attorney

Dated:  March 4, 2024　　　　　　　　　　/s/ NICHOLAS REYES
　　　　　　　　　　　　　　　　　　　　NICHOLAS REYES
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　VICTOR HERNANDEZ PENA

Dated:  March 4, 2024　　　　　　　　　　/s/ REED GRANTHAM
　　　　　　　　　　　　　　　　　　　　REED GRANTHAM
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　IGNACIO SATURNINO DIAZ
　　　　　　　　　　　　　　　　　　　　MIGUEL

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 5, 2024**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE