PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00090-JLT |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICTOR HERNANDEZ PENA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on July 30, 2024.

2. By this stipulation, the parties now move to vacate the trial date for the above-mentioned defendant for a change of plea on November 4, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

a) The parties anticipate entering into and filing a plea agreement in this matter. For that reason, the parties agree that a date of November 4, 2024, is warranted for a change of plea. Prior to filing this stipulation, the parties conferred with the courtroom deputy for the assigned district court judge, who indicated this date is available for a change of plea.

b) The parties stipulate that the period of time until November 4, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 11, 2024                                    PHILLIP A. TALBERT
                                                         United States Attorney

                                                         /s/ STEPHANIE M. STOKMAN
                                                         STEPHANIE M. STOKMAN
                                                         Assistant United States Attorney


Dated:  July 11, 2024                                    /s/ NICHOLAS REYES

                                                         NICHOLAS REYES
                                                         Counsel for Defendant
                                                         VICTOR HERNANDEZ PENA


**FINDINGS AND ORDER**

IT IS SO FOUND. Counsel SHALL be prepared to set a firm trial date at the next hearing if the matter is not resolved by that time.

IT IS SO ORDERED.

Dated:  **July 16, 2024**

                                                         UNITED STATES DISTRICT JUDGE