ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00090-JLT |
| Plaintiff, | STIPULATION VACATING SENTENCING DATE; FINDINGS AND ORDER |
| v. | |
| VICTOR HERNANDEZ PENA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On January 12, 2026, the defendant a guilty plea on Count One of the Indictment.  The matter was set for sentencing on April 6, 2026.

2.      On January 31, 2026, the defendant was deported from the United States.

3.      By this stipulation, the parties now move to vacate the sentencing hearing.

4.      No exclusion of time is necessary as this matter is pending sentencing.

IT IS SO STIPULATED.

1

Dated:  February 10, 2026                         ERIC GRANT
                                                  United States Attorney


                                                  /s/ ANTONIO J. PATACA
                                                  ANTONIO J. PATACA
                                                  Assistant United States Attorney


Dated:  February 10, 2026                         /s/ NICHOLAS REYES
                                                  NICHOLAS REYES
                                                  Counsel for Defendant
                                                  VICTOR HERNANDEZ PENA


                        **FINDINGS AND ORDER**

IT IS SO ORDERED.

    Dated:   **February 11, 2026**

                                                  UNITED STATES DISTRICT JUDGE

2